UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WICKMAN ENTERPRISES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEORGE R. JACOBSON, et al.,<br><br>    Defendants. | Case No.  14-cv-02248-BLF<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: REMAND TO STATE COURT**<br><br>Re: ECF 5 |

The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation Re: Remand to State Court in the above-captioned matter, which recommends that the Court remand this action to Napa County Superior Court for lack of federal jurisdiction. *See* ECF 5 at 2-3. Defendants have not objected to Judge Lloyd's Report. *See* Fed. R. Civ. P. 72 (stating that any objections to the Report and Recommendation of a Magistrate Judge must be filed within fourteen days of being served with the Report).

The court finds Judge Lloyd's Report legally correct, well-reasoned, and thorough, and adopts it in its entirety. Accordingly, this case is REMANDED to Napa County Superior Court for adjudication.

**IT IS SO ORDERED.**

Dated: September 17, 2014

                                                        BETH LABSON FREEMAN
                                                        United States District Judge